

# IN THE
# TENTH COURT OF APPEALS

### No. 10-19-00040-CV

**MATTHEW MARK HESLEP,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 19th District Court
### McLennan County, Texas
### Trial Court No. 2008-1531-C1

## MEMORANDUM OPINION

Appellant, Matthew Mark Heslep, appeals from an "Order to Withdraw Funds"

signed by the trial court on August 24, 2018. By letter dated February 22, 2019, the Clerk

of this Court notified appellant that the appeal is subject to dismissal because the original

filing fee had not been paid and warned appellant that the Court would dismiss the

appeal unless, within ten days from the date of the letter, appellant paid the filing fee or

obtained indigent status for the purpose of appeal. Ten days have passed, and appellant

has not paid the filing fee for this appeal or obtained indigent status. Accordingly, we hereby dismiss this appeal. *See* Tex. R. App. P. 42.3(c).

JOHN E. NEILL
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Neill
Appeal dismissed
Opinion delivered and filed March 13, 2019
[CV06]

